Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

RECEIVED

AUG 20 2024

United States District Court
Northern District of Mississippi

# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

Aberdeen Division

Robert Rucker

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Lee County Detention Center
Officer Floyd

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ___1:24-CV-139-DMB-DAS___
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name  **Robert Rucker**

All other names by which you have been known:  **Robert Earl Rucker**

ID Number  **129067**

Current Institution  **Lee County Detention Center**

Address  **510 North Commerce Street**

**Tupelo       Ms      38804**
City         State       Zip Code

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name  **Officer Floyd**

Job or Title (if known)  **Senior Officer**

Shield Number  **N|A**

Employer  **Lee County Detention Center**

Address  **510 North Commerce Street**

**Tupelo       Ms      38804**
City         State       Zip Code

[✓] Individual capacity      [ ] Official capacity

Defendant No. 2

Name  **Lee County Detention Center**

Job or Title (if known)  **N|A**

Shield Number  **N|A**

Employer  **N|A**

Address  **510 North Commerce Street**

**Tupelo       Ms      38804**
City         State       Zip Code

[ ] Individual capacity      [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name      N/A
    Job or Title *(if known)*      N/A
    Shield Number      N/A
    Employer      N/A
    Address      N/A
         N/A

                *City*          *State*          *Zip Code*

    ☐ Individual capacity      ☐ Official capacity

Defendant No. 4
    Name      N/A
    Job or Title *(if known)*      N/A
    Shield Number      N/A
    Employer      N/A
    Address      N/A
         N/A

                *City*          *State*          *Zip Code*

    ☐ Individual capacity      ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.      Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st, 4th, 6th, 8th, and 14th Amendment Right for Simple assault, maltreatment, mental and physical Anguish, right to an appeal, and access to the Court.

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N|A

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

✱ Kiosk used for the Grievance Process failed to provide a remedy
✱ Lee County deprived Inmate of His Due Process
✱ Inmate seek imminent and punitive damages
✱ Abused their authority

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☑ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N|A

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

On the 15th day of June, 2024 I was advised by Shift Sgt. Rusch and Sr. Officer Floyd to pack my belongings. Upon asking why? Offender was assaulted and attacked leaving Offender to believe it was a Hate Crime

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

On the 15th day of June, 2024, at approximately 6:45 – 7:00pm.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On the 15th day of June, 2024, Senior Officer Floyd physically slammed Offender to Flwr while shift sgt. Rucch witnessed the altocation. Plaintiff sustained head, back, hip, and shoulder injuries and was denied medical attention as a result of abuse of authority. Twenty-seven (27) Character witnesses saw the attack!

**V.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Inmate sustained head injuries, back, hip, and shoulder injuries but was denied medical attention. Inmate filed medical complaint thru Kiosk, still denied but was supplied pain relievers upon being consistent with request. No charge was given by the medical Department.

**VI.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Inmate asks this Honorable Court to grant him $5,000,000 for imminent and punitive damages stemming from mental and emotional distress, head, back, shoulder, and hip injuries and any other relief he may be entitled to.

Inmate requests that Sr. Officer Floyd be fired due to his misconduct and all other constigients be repremended and held accountable for their actions

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Lee County Detention Center
510 North Commerce Street
Tupelo MS 38804

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

Lee County Detention Center
Criminal Investigation Division
Lee County Board of Supervisors
Community Corrections Commissioner

2.  What did you claim in your grievance?

Aggravated Asault and Ill Treatment against Inmate.

3.  What was the result, if any?

The Officer did what he had to do!!!
(Lee County Jail Administrator)

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Refer to E 1

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

    1.  If there are any reasons why you did not file a grievance, state them here:

        N/A

    2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

        N/A

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Inmate notified the Internal Affairs Division, Department of Justice and the NAACP.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)    N|A
    Defendant(s)    N|A

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    N|A

3.  Docket or index number
    N|A

4.  Name of Judge assigned to your case
    N|A

5.  Approximate date of filing lawsuit
    N/A

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition.    N|A

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N|A

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s)    N/A

    Defendant(s)   N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

    N/A

3. Docket or index number

    N/A

4. Name of Judge assigned to your case

    N/A

5. Approximate date of filing lawsuit

    N/A

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition    N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8th August, 2024

Signature of Plaintiff: *Robert Rucker*

Printed Name of Plaintiff: Robert Rucker

Prison Identification #: 129067

Prison Address: 510 North Commerce Street
Tupelo     MS     38804
      *City*       *State*       *Zip Code*

### B. For Attorneys

Date of signing: N|A

Signature of Attorney: N|A

Printed Name of Attorney: N|A

Bar Number: N|A

Name of Law Firm: N|A

Address: N|A

N|A
      *City*       *State*       *Zip Code*

Telephone Number: N|A

E-mail Address: N|A

TO: Jail Administrator
Lee County Detention Center
510 North Commerce St
Tupelo Ms 38804

FROM: Robert Rucker #129067
Lee County Detention Center
F#12

DATE: June 16, 2024

Re: Request for the Administrative Remedy

Jail Administrator: GREETINGS AND SALUTATION--

This is a request for an Administrative Remedy where
the above named and identified Offender was placed
in Segregation after being assaulted by Officer
Flyod. The events transpired as follows:

1. That on or about the 15th day of June, 2024, at
   approximately 7:45 pm, Sgt. Roach and Officer
   Flyod entered D-pod and advised Inmate Rucker
   and Inmate Richardson to pack up.

2. After Inmate Rucker had packed his belong-
   ings and exited D-pod, he questioned the
   staff of the sudden movement. Officer
   Flyod advised Inmate Rucker that the
   staff was conducting re-arrangements.

3. While standing in the hallway, Sgt. Roach
   proceeded to open B-zone's door, and
   immediately Inmate Rucker informed

To: Sheriff Jim Johnson
Lee County Sheriff's office
510 North Commerce Street
Tupelo MS 38804

FROM: Robert Rucker #129067
Lee County Dententian Center
F#12

DATE: June 17, 2024

RE: Victim of sensless Hate Crime resulting in
Assault and segregation

Honorable Jim Johnson: GREETINGS--

I am forwarding this written form of a complaint to
your desk in good faith as well as in search of relief.
Whereas, on or about the 15th day of June, 2024, I
fell victim to a senseless hate crime by your staff
which resulted in Assault by a Police Officer and
being segregated which all is a violation of my
14th Amendment Constitutional Right.
At the time of this alleged event two inmates was
Pulled from D-pod's dorm and reportedly informed
Senior Officer Floyd that there was homosexual ac-
tivities being performed on the zone. This Hear-
Say (which is also a violation of my rights)
evoked a "Hate Crime" amongst your staff.

The results ended in Robert Rucker being as-
saulted by Senior Officer Floyd while Sgt.
Roach allowed it to transpire (Legal Terms:
Aiding and Abetting).

(OVER)

TO: Criminal Investigation Division
(CID) City of Tupelo
400 North Front Street
Tupelo MS 38804

FROM: Robert Rucker
Lee County Detention Center
510 North Commerce Street
Tupelo MS 38804

DATE: June 24, 2024

RE: INVESTIGATION

To The Chief Investigator: GREETINGS --

Prior to Filing this WRITTEN FORM OF A COMPLAINT with your office,
on or about the 17th day of June 2024, Said Inmate, Robert Rucker,
did in fact File a Grievance with the County Jail (Attached).
However, by the said Inmate being detained by the City of Tupelo,
Inmate has taken the liberty to address this very sensitive issue
with your office.

Whereas, on or about the the 15th day of June 2024, Inmate was assaul-
ted by Senior Officer Floyd and thereupon placed in segregation. Inmate
filed a Grievance with the Lee County - Tupelo Adult Jail, to the
sheriff Jim Johnson, and to the Lee County Criminal Investigator
Division, all to no avail.

This is not the First assault Inmate has suffered at the hands
of Officer Floyd nor has his harrassment ceased. Officer Floyd
has placed Inmate in fear of his safety here at Lee County Jail.
The Grievance Procedure provided through the County Jail's
KIOSC machine will clarify that this written Complaint is accurate
and true.

Therefore, Inmate Robert Rucker, seeks relief in the Following:
That the Entire Shift of Sgt. Rusch undergo an extensive
drug screen under the supervision of the Mississippi Bureau
of Narcotics;

That a thorough investigation, is conducted in this matter;

That every key and character witness be interviewed on behalf of Inmate Rucker.

That Officer Floyd be suspended without pay until this issue is resolved,

That the County sponsor a full and complete physical on Inmate's physical and mental health;

That shift Sgt. Rucch be strongly reprimanded for his actions and lack of expertise in this matter; and

That the Inmate suffers no further repurcussions upon filing this complaint.

Thank you for you full cooperation in this urgent matter. Further action is being sought through Inmate's family. Inmate pray, he will be satisfied with your findings. Again, "Thank You" for your time, your expertise, and your consideration. Inmate looks forward to hearing, if not meeting with you soon.

RESPECTFULLY SUBMITTED,

Robert Rucker
INMATE

ROBERT RUCKER
Lee County Dention Center
510 North Commerce Street
Tupelo MS 38804

# CERTIFICATE OF SERVICE

This is to CERTIFY that I have this date, caused to be mailed, via the United States Postal Service, postage Pre-Paid, a **TRUE** and **CORRECT** copy of the enclosed and foregoing complaint to the following:

Lee County Board of Supervisors
200 West Jefferson Street
#100
Tupelo MS 38804

Internal Affairs Division
836 W. Amite Street
Jackson MS 39203

U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington DC 20530

A.C.L.U.
101 South Congress St.
Jackson MS 39201

SO CERTIFIED, this the 24th day of June 2024

Robert Bucker
PETITIONER

C/c

IN THE

ROBERT RUCKER
VS
STATE OF MISSISSIPPI
LEE COUNTY

PETITIONER
CAUSE NO. NOT ASSIGNED
RESPONDENT

## NOTICE OF MOTION

COMES NOW, the Petitioner, Robert Rucker, pro se in the above styled cause and would bring on for a Hearing this Motion to File Criminal charges against Senior Officer Floyd of the Lee County-Tupelo Adult Jail located at 510 North Commerce Street, Tupelo, Mississippi, 38804, for the offense of Abuse and Assault Against the Petitioner to be heard at a time and place to be set by this Honorable Court.

Henceforth, Petitioner COMMANDS THIS HONORABLE Court to issue a Warrant to take the body of Officer Floyd, if to be found in your county and arrest him in said State -- and them and there to answer unto the State of Mississippi, of charge of Assault Against An Inmate by information that the Petitioner has filed in said Court.

Herein fail not, and have this Writ, with the manner you have executed the same.

Given under my hand and seal and issued the 25th day of June, 2024

* Notary unavailable at the time of request.
(M)

_Robert Rucker_
PETITIONER

STATE OF MISSISSIPPI
COUNTY OF LEE

## AFFIDAVIT OF POVERTY

Personally appeared before me the undersigned authority in and for the aforesaid jurisdiction, Robert Rucker, who, being duly sworn on his oath, does depose and sayeth:

I, Robert Rucker, do solemnly swear and affirm that I am a citizen of the state of Mississippi, and because of my poverty I am not able to pay the same in the suit, Abuse and Assault against the Petitioner, which I am about to commence, and that to the best of my belief, I am entitled to the redress which I seek by suit.

RESPECTFULLY SUBMITTED

Robert Rucker
PETITIONER

SWORN TO AND ASCRIBED BEFORE ME, this the ___ day of _____, ___.

*Notary unavailable upon Inmate's request (n)

_____
NOTARY PUBLIC

TO: Internal Affairs Division
836 West Amite Street
Jackson MS 39203

FROM: Robert Rucker
Lee County Detention Center
510 North Commerce Street
Tupelo MS 38804

DATE: June 26 2024

RE: Internal Investigation

The above named and identified offender in this said Cause forward this petition to your desk in good faith as well as in search of relief. Whereas, on or about the 15th day of June, 2024, said Inmate became an assault victim by the Lee County-Tupelo Adult Detention Center's Senior Officer, Floyd, as a result of discrimination and or "A Hate Crime"

Prior to the occurrence of this incident, Inmate was housed at the County Jail previously mentioned on the offense of "old fines"; located on D-pod Room 9. Upon shift change at approximately 6:20 pm, an inmate was called from the zone by Senior Officer Floyd; approximately 30 minutes later, another inmate (Hernandez) was called from the zone; then, one (1) hour later, Inmate Rucker and Inmate Richardson (homosexuals) were called and advised to pack their belongings. Upon exiting the zone, Inmate Rucker enquired about the sudden movement and was thereupon advised that they were conducting re-arrangements.

Once Inmate Rucker advised shift Sgt. Rucch that he could not go on B-pod because of a previous altercation with another Inmate. Officer Floyd harshly stated: "Oh! you're going on that damned pod one way or another." It was then that Inmate Rucker requested protective custody (PC) and was instantly denied. Officer Floyd told Inmate "Either you take your ass on that pod or you're going to the hole for 30 days". That's when Senior Officer Floyd got behind Inmate and proceeded to nudge him towards B pod's door which led to excessive force and assault on an Inmate.

Upon research, it was discovered that the two (2) white male inmates (Justin and Hernandez) had disclosed false information regarding Inmate Rucker participating in homosexual activity. These acts of

misconduct, falsifying information, discrimination, and assault is in violation of the Inmate's Constitutional Rights.

After being placed in segregation, Inmate filed an Appeal (Grievance), requested to speak with the Sheriff of this said county. Inmate also requested to pursue a Criminal complaint against the active Senior Officer, all to no avail. May the said Inmate also be allowed to submit in as evidence that the night of Inmate's arrest, 2.28.2024, Inmate was attacked by this exact same shift. Each Infraction Report Inmate has received has been distributed by this shift. Inmate has Submitted into evidence a petition to the Criminal Investigation Division requesting a drug screening and thorough investigation on this Particular shift. It has been a total of TEN (10) business days and there has not been a response from either party. Inmate Rucker is NOT Satisfied with the Administrator's Findings.

It is therefore Inmate's sincerest hope that you can set aside a day and time that is convenient for you and your Office to look into this matter on "Cruelty To Inmates" by use of Assault. Thank you for the use of your time and Concerns In this matter. Inmate Robert Rucker is in fear of his safety.


RESPECTFULLY SUBMITTED,

*[signature: Robert Rucker]*

(INMATE

ROBERT RUCKER
Lee County Detention Center
510 North Commerce Street
Tupelo MS 38804

## CERTIFICATE OF SERVICE

This is to CERTIFY that I have this date, caused to be mailed, via the United States Postal Service, postage pre-paid, a TRUE and CORRECT copy of the enclosed and foregoing Complaint to the following:

City of Tupelo
Criminal Investigation
    Division
400 North Front Street
Tupelo MS 38804

Lee County Board of Supervisors
200 West Jefferson Street #100
    Tupelo MS 38804

U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington DC 20530

A.C.L.U.
101 South Congress Street
Jackson MS 39201

SO CERTIFIED, this the 26th day of June, 2024

Robert Rucker
PETITIONER

To: President
Lee County Board of Supervisors
300 West Main Street
Tupelo Ms 38804

From: Robert Bucker
Lee County Detention Center
510 North Commerce street
Tupelo Ms 38804

Date: June 27, 2024

Re: Relief

To the President of the Board: GREETINGS--

I am forwarding this Written Form of A Complaint to your desk in good faith as well as in search of an Administrative Remedy. Whereas, on or about the 15th day of June, 2024, I fell victim of an assault by a Lee County Detention Center Employee. After the assault, I was denied medical attention and placed in Administrative segregation. I addressed this matter to the Jail Administrator, the sheriff, and to the Chief Investigator of the Criminal Investigation Division, all to no avail.

Let it be Known that this is not the first attack that I have suffered from Lee County Jail's Employee, Officer Floyd. I have been harrassed and placed in

segregation by Officer Floyd most recently. However, I won that particular Appeal.

It is of great concern that I am addressing this sensitive matter to your desk. For one, I am a City Inmate serving 233 days and I am in fear of my safety under the supervision of Senior Officer Floyd and his colleagues. Secondly, I have no other infractions with the staff of Lee County Detention Center. Therefore, I write to you and the Board of Supervisors in search of relief in the following: 1) That a thorough investigation is conducted on Officer Floyd; 2) That Officer Floyd is relieved of his duties without pay until this matter is resolved; 3) That Lee County Jail acknowledges the seriousness of the nature of Officer Floyd's offense; 4) That all Records, Appeals, and Incident Reports be provided for the Board of Supervisors in acknowledgment of these allegations, and 5) That I suffer no further repercussions upon filing this Complaint.

RESPECTFULLY SUBMITTED, on this the 27th day of June, 2024

Robert Quaker
COMPLAINTANT

# CERTIFICATE OF SERVICE

This is to CERTIFY that I have this day caused to be mailed, via the United States Postal service, postage pre-paid, a True and Correct copy of the enclosed and foregoing complaint to the following:

Lee County Mayor
71 Troy Street
Tupelo Ms 38804

Lee County's Attorney
2WD West Jefferson Street
Tupelo Ms 38804

U.S. Dept. of Justice
900 Penn. Ave. NW
Washington DC 20530

A.C.L.U.
101 S. Congress St.
Jackson Ms 39201

SO CERTIFIED, this the 27th day of June, 2024

Robert Rucker
PETITIONER

ROBERT RUCKER
Lee County Detention Center
510 North Commerce St.
Tupelo Ms 38804

TO: Mayor's Office
71 Troy street
Tupelo MS 38804

FROM: Robert Rucker
Lee County Detention Center
510 North Commerce street
Tupelo MS 38804

DATE: July 1, 2024

Re: Abuse and Ill Treatment

TO WHOM THIS MAY CONCERN: GREETINGS --

I am forwarding this WRITTEN FORM OF A COMPLAINT to your desk in good faith as well as in search of relief. Whereas, on or about the 15th day of June, 2024, I suffered from the second assault offense from a Lee County Detention Center employee. I followed the proper procedures in filing a grievance but the Lee County - Tupelo Adult Jail has turned a deaf ear to this violation of my 1st, 4th, 6th, 8th, and 14th Amendment Rights to the Constitution of the United States.

Likewise, I took the liberty of notifying the Criminal Investigation Division, Internal Affairs, Lee County Board of Supervisors, and several

other prestigious organizations who deals with e-
quality and the rights of Inmates, such as
myself.

Officer Floyd physically slammed my body to the
Flur while already being restrained. I have
sustained head and back injuries in regards
to unnecessary excessive force. Likewise, the
Officer placed me in segregation and failed to
follow the standard operational procedures re-
quired by law to take me to the Medical De-
partment to be physically examined.

Attached you shall find pieces of evidence in
relation to these allegations. It is my sincerest
hope that you and the Department of Justice
will accommodate me in exercising my con-
stitutional rights. I thank you for the use of
your must valuable time as I anxiously a-
wait your response.

RESPECTFULLY SUBMITTED, on this
the 1st day of July, 2024

Robert Rucker
INMATE

c/c

TO: United States
Department Of Justice
950 Pennsylvania Ave NW
Washington DC 20530

FROM: Robert Rucker
Lee County Detention Center
510 North Commerce Street
Tupelo Ms 38804

DATE: July 1, 2024

Re: Abuse and Ill Treatment

TO WHOM THIS MAY CONCERN: GREETINGS —

I am forwarding this WRITTEN FORM OF A COMPLAINT to your desk in good faith as well as in search of relief. Whereas, on or about the 15th day of June 2024, I suffered from the second assault offense from a Lee County Detention Center employee. I followed the proper procedures in filing a grievance but the Lee County - Tupelo Adult Jail has turned a deaf ear to this violation of my 1st, 4th, 6th, 8th, and 14th Amendment Rights to the Constitution of the United States.

Likewise, I took the liberty of notifying the Criminal Investigation Division, Internal Affairs, Lee County Board of Supervisors, and several

other prestigious organizations who deals with e-quality and the rights of Inmates, such as myself.

Officer Floyd physically slammed my body to the Flur while already being restrained. I have sustained head and back injuries in regards to unnecessary excessive force. Likewise, the Officer placed me in segregation and failed to follow the standard operational procedures required by law to take me to the Medical Department to be physically examined.

Attached you shall find pieces of evidence in relation to these allegations. It is my sincerest hope that you and the Department of Justice will accommodate me in exercising my constitutional rights. I thank you for the use of your most valuable time as I anxiously await your response.

RESPECTFULLY SUBMITTED, on this the 1st day of July, 2024.

Robert Rucker
INMATE

C/o

This is a Request for the Administrative Remedy Procedure pursuant to M.C.A. §47-5-803, 47-1-27, 47-1-29, and section 842 as amended.

ROBERT RUCKER                                    PLAINTIFF

V

STATE OF MISSISSIPPI                             DEFENDANT(S)
LEE COUNTY DETENTION CENTER-
SENIOR OFFICER FLOYD, et al.

NOTICE OF Request for the Administrative Remedy Procedure pursuant to M.C.A. §47-5-803: 47-1-29, 47-1-27, and M.C.A. 42 § 1983 amended (1972). For the specific act of "Aggravated Abuse and Ill Treatment against Plaintiff."

TO CLER OF SOVEREIGN AUTHORITY:

I am the Plaintiff in the above numbered and styled action and I hereby present this written form of Complaint prior to the Officials of the Lee County Detention Center- Senior Officer Floyd and his staff are in clear violations of the following:
(a) "Simple Assault";
(b) 47-1-27 "Maltreatment"
(c) Mental and Physical Anguish

Results of this report resulted into Plaintiff being placed into handcuffs and while in

estraints, Officer Floyd physically slammed Plain-
iff's body to the concrete floor, which is not the
Plaintiff's first assault by Floyd. Plaintiff sustained
ead, back, hip, and shoulder injuries in connec-
ion with this unnecessary excessive force, and then
Plaintiff was placed in lockdown for a total of six-
een days, on or about the 15th day of June, 2024.

It was during this time that Senior Officer Floyd
and his staff failed to follow the Standard Operational
Procedure (S.O.P.) required by law to take the In-
mate to the County Jail's Medical Department to
be physically examined because of assault.

This incident was promptly reported and filed
through the Inmate's Grievance at the Lee County
Detention Center but was treated with a deaf ear
from the Administration. The panel was not provided
for the Plaintiff right to a Judicial Review for evi-
dence showing that Plaintiff "Exhausted his
administrative Remedies" through the Admini-
strative Remedy Program in accordance to M.C.A.
§ 47-5-803 (A).

Whereas this Sovereign Authority having to
review the alleged violations complained on in the
above allegations of violation, the Plaintiff seeks
is a matter of relief the following:

(a)

That an immediate report is made to the

President of the Board of Supervisors or the Board that is in session. And upon the report, the Board shall cite that the person or persons complained about to appear before the Board and action taken by the Sovereign Authority as required by state/Federal Law against any and all officers and officials which violated the Plaintiff's Constitutional Rights within their own capacity under the color of state/Federal Law.

(b)

The Plaintiff, Robert Rucker, respectfully request the maximum penalties, fines, and punishments prescribed against all officials found guilty of having violated Plaintiff's safety and security of the Lee County Detention Center; for it's unconstitutional to charge any prisoner with an offense and deny him the right to a Preliminary hearing by a Non-bias Disiplinary Board Hearing.

(c)

Plaintiff was further deprived of his right to Appeal the decision made by the Lee County's Disciplinary Hearing Panel which is viewed by the Jail Administrator.

(d)

That Plaintiff is immediately treated for

imminent and punitive damages stemming from injuries suffered by the employees of the Lee County Detention Center.

(e)

That due to the violations of Plaintiff's 1st, 4th, 6th, 9th, and 14th Amendment Rights, he seeks any and all relief he is entitled to and that he suffers no further repurcussions upon filing this complaint.

PRESENTED this the 10th day of July 2024

RESPECTFULLY SUBMITTED,



PLAINTIFF

J. SMOTHERMAN

7-9-24